**Electronically Filed**
**Supreme Court**
**SCWC-17-0000413**
**19-FEB-2019**
**12:10 PM**

SCWC-17-0000413

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

KU, Petitioner/Plaintiff-Appellant,

vs.

CS, Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000413; FC-D NO. 13-1-1737)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant KU's application for
writ of certiorari filed on January 6, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 19, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

